**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL GELLER AND MICHAEL YARBROUGH AS TRUSTEES OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 302 HEALTH AND WELFARE AND PENSION TRUST FUNDS,<br><br>    Plaintiffs,<br><br>    v.<br><br>E.T. ELECTRIC INC.,<br><br>    Defendant. | Case No.: C 05-0307 PVT<br><br>**INTERIM ORDER RE: PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT** |

On October 3, 2005, Plaintiffs filed a motion for default judgment against Defendant E.T. Electric, Inc. ("E.T. Electric").[1]  Having reviewed the motion papers, the court finds it appropriate to issue this interim order seeking additional briefing.  Therefore,

IT IS HEREBY ORDERED that no later than January 6, 2005, a supplemental brief either:

1) explaining the basis for claiming compensatory damages, liquidated damages, interest and/or attorneys fees based on any late contributions which were not referenced in the complaint; or

2) amending the motion and supporting declaration to seek only damages, interest and attorneys fees

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*

based on any late contributions which *were* referenced in the complaint. *See* FED.R.CIV.PRO. 54(c) (default judgment may not exceed amount prayed for in complaint); *see also, Pueblo Trading Co. v. El Camino Irrig. Dist.*, 169 F.2d 312, 313 (9th Cir. 1948) (default judgment that exceeded scope of complaint held to be nullity). The complaint states alleges late contributions up through December of 2004, and indicates that Plaintiffs would amend their complaint to include any later sums due. No amended complaint has been filed. Yet the declarations supporting the motion for entry of default judgment include damages, interest and attorneys fees in connection with payments which were due after December of 2004.

Dated: *12/2/05*

PATRICIA V. TRUMBULL
United States Magistrate Judge

**United States District Court**
For the Northern District of California