SUE CAMPBELL
Attorney at Law, State Bar Number 98728
1155 North First Street, Suite 101
San Jose, California 95112
Phone: (408) 277-0648
Fax:   (408) 938-1035

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT    *E-FILED - 2/23/06*

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GELLER AND MICHAEL YARBROUGH AS TRUSTEES OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 302 HEALTH AND WELFARE AND PENSION TRUST FUNDS,<br><br>Plaintiffs,<br><br>vs.<br><br>E. T. ELECTRIC, INC., a California Corporation,<br><br>Defendants. | CASE NO.: CV 05-00307 RMW<br><br>ORDER GRANTING REQUEST FOR DISMISSAL OF ENTIRE ACTION |

Comes now the Plaintiffs MICHAEL GELLER AND MICHAEL YARBROUGH AS TRUSTEES OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 302 HEALTH AND WELFARE AND PENSION TRUST FUNDS in the above-entitled action and hereby dismiss the entire action without prejudice as to every party.

No answer has been filed in this matter. The defendant has paid all monies requested in the complaint for September through December 2004. This dismissal specifically does not waive the right of the Trust Funds to audit the employer for the above time period, or any other

///

///

1

REQUEST FOR DISMISSAL OF ENTIRE ACTION

time period, and to collect any additional monies found to be delinquent as a result of an audit through a subsequent legal action.

Dated: February 16, 2006

SUE CAMPBELL
Attorney for Plaintiffs

IT IS SO ORDERED.

Dated: February 23, 2006

/s/ Ronald M. Whyte
-----------------------------------
United States District Judge

2

REQUEST FOR DISMISSAL OF ENTIRE ACTION